

**IN THE
TENTH COURT OF APPEALS**

_____

**No. 10-11-00012-CV**

**IN RE RONALD LAMONT GUYTON**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

_____

In this original proceeding Relator Ronald Guyton seeks mandamus relief against the Respondent District Clerk Marc Hamlin.  Guyton states that the district clerk has failed to provide him with copies of documents he requested pursuant to the Texas Public Information Act.  A court of appeals has no jurisdiction to issue a writ of mandamus against a district clerk except to protect or enforce its jurisdiction.  _See_ TEX. GOV'T CODE ANN. § 22.221 (Vernon 2004); _In re Simmonds_, 271 S.W.3d 874, 879 (Tex. App.—Waco 2008, orig. proceeding).  We dismiss Guyton's writ of mandamus for want of jurisdiction.[1]

---

[1] Guyton also filed a motion for leave to file his application for writ of mandamus.  The motion for leave is dismissed as moot because such motions are no longer required under the Texas Rules of Appellate Procedure.

AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Dismissed
Opinion delivered and filed January 19, 2011
[CV06]